UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KATHY WU, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

Plaintiffs,

v.

DESTINATION MATERNITY CORPORATION,

Defendant.

Case No. 2:19-cv-06537

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Section 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, by her attorney hereby gives notice that the claims in the above-captioned case are voluntarily dismissed without prejudice against Defendant DESTINATION MATERNITY CORPORATION.

Any and all claims against Defendant DESTINATION MATERNITY CORPORATION shall not be prejudiced by this notice.

Dated: Garden City, New York
December 5, 2019

LAW OFFICE OF DARRYN G. SOLOTOFF
*Attorneys for Plaintiffs*

By: _____/s/_____
Darryn G. Solotoff, Esq.
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
Tel: (516) 280-3008
Fax: (212) 656-1845

So Ordered: /s/ USDJ KIYO A. MATSUMOTO
Kiyo A. Matsumoto
U.S. District Judge